# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2873
LT Case No. 2021-CF-001096-A

_____

BONNIE HARTMANN,

   Petitioner,

   v.

STATE OF FLORIDA,

   Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Bonnie Hartmann, Ocala, pro se.

Ashley Moody, Attorney General Tallahassee, and Rebecca Rock McGuigan Assistant Attorney General, Daytona Beach, for Respondent.

December 1, 2023


PER CURIAM.

   The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the August 17, 2022 judgment and sentence rendered in Case No. 2021-CF-001096-A, in the Circuit Court in and for Hernando County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

JAY, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____